UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KOUCHUTHRESIA PAYAPPILLY; and RANA PAYAPPILLY,

    Plaintiffs,

v.

MERRICK B. GARLAND; ALEJANDRO MAYORKAS; UR M JADDOU; ANNE ARRIES CORSANO; YASSER O. NAVARRETE; and THE UNITED STATES OF AMERICA,

    Defendants.

23-1938 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Robert Scott Huff is DIRECTED to file, on or before February 23, 2024, a declaration that (a) provides the Court with contact information for Plaintiffs Kouchuthresia Payapilly and Rana Payapilly; and (b) indicates whether Defendants have been served and, if so, on what date.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 14th day of February, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1