UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KOUCHUTHRESIA PAYAPPILLY; and RANA PAYAPPILLY,

Plaintiffs,

v.

MERRICK B. GARLAND; ALEJANDRO MAYORKAS; UR M JADDOU; ANNE ARRIES CORSANO; YASSER O. NAVARRETE; and THE UNITED STATES OF AMERICA,

Defendants.

23-1938 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Having received no response to the Minute Order dated February 14, 2024, docket no. 3, Robert Scott Huff is DIRECTED to file, on or before April 8, 2024, a declaration that (a) provides the Court with contact information for Plaintiffs Kouchuthresia Payapilly and Rana Payapilly; and (b) indicates whether Defendants have been served and, if so, on what date.  In the alternative, Robert Scott Huff is DIRECTED to call the Clerk's Office at (206) 370-8400 to provide such information.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.  In addition, the Clerk is directed to send a copy of this Minute Order to Robert Scott Huff at the following two addresses:

(a)     Robert S. Huff

555 116th Avenue NE, STE 254

Bellevue, WA 98004

MINUTE ORDER - 1

     (b)    Law Office of Robert S. Huff

            PO Box 14159

            Mill Creek, WA 98082

Dated this 27th day of March, 2024.

                                  Ravi Subramanian
                                  Clerk

                                  s/Laurie Cuaresma
                                  Deputy Clerk

MINUTE ORDER - 2